**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7310**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

ARTHUR LEE HAIRSTON, SR.,

              Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  John Preston Bailey, Chief District Judge.  (3:00-cr-00024-JPB-JES-1)

Submitted:  January 13, 2011       Decided:  January 20, 2011

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Arthur Lee Hairston, Sr., Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Arthur Lee Hairston, Sr., appeals the district court's order adopting the report and recommendation of the magistrate judge and denying his 18 U.S.C. § 3582 (2006) motion to modify his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hairston, No. 3:00-cr-00024-JPB-JES-1 (N.D.W. Va. Sept. 3, 2010). We deny Hairston's "Motion for the Court to Issue an Order." We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED